1

2

3

4

5

6

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

| MARSHA KILGORE, | ) | 1:12cv0899 AWI SMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING HEARING |
| | ) | DATE OF OCTOBER 15, 2012, |
| WELLS FARGO HOME MORTGAGE, | ) | AND TAKING MATTER |
| et al., | ) | UNDER SUBMISSION |
| Defendants. | ) | |
| | ) | |

12

13      Defendants have noticed for hearing and decision a motion to dismiss. The matter was

14  scheduled for hearing to be held on October 15, 2012. Pursuant to Local Rule 230(c), Plaintiff

15  was required to file either an opposition or a notice of non-opposition no later than October 1,

16  2012. Plaintiff has filed no opposition.

17      Due to Plaintiff's failure to file an opposition or notice of non-opposition, Plaintiff is in

18  violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the

19  motion. See Local Rule 230(c). The court has reviewed Defendants' motion and the applicable

20  law, and has determined that the motion is suitable for decision without oral argument. See

21  Local Rule 230(g).

22      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15,

23  2012, is VACATED, and no party shall appear at that time. As of October 15, 2012, the court

24  will take the matter under submission, and will thereafter issue its decision.

25  IT IS SO ORDERED.

26

Dated:    October 11, 2012

27
                                            CHIEF UNITED STATES DISTRICT JUDGE

28